UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
YONY SOSA,                                                          :
:
                           Plaintiff,    :
:          21-CV-10505 (VSB)
            -against-                                           :
:                  **ORDER**
KESTENBAUM & COMPANY, INC.,                        :
:
                        Defendant.    :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on December 8, 2021, (Doc. 1), and filed an affidavit of service on December 23, 2021, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was January 10, 2022. (*See* Doc. 6.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 16, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 2, 2022
                New York, New York
                                                          VERNON S. BRODERICK
                                                             United States District Judge